[No. 16641-4-III.    Division Three.    July 29, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. SERGIO
MORENO, *Appellant*.

Appeal from a judgment of the Superior Court for Grant
County, No. 96-1-00217-1, Jack Burchard, J., entered March
25, 1997. *Affirmed* by unpublished opinion per Schultheis,
C.J., concurred in by Kurtz and Brown, JJ.

[No. 16659-7-III.    Division Three.    July 29, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. FRANCISCO
ORTEGA, *Appellant*.

Appeal from a judgment of the Superior Court for Grant
County, No. 96-1-00494-7, Evan E. Sperline, J., entered
April 14, 1997. *Affirmed* by unpublished opinion per
Sweeney, J., concurred in by Brown and Kato, JJ.

[Nos. 17245-7-III; 17246-5-III.    Division Three.    July 29, 1999.]

THE STATE OF WASHINGTON, *Respondent*, v. NOYOLA, ET
AL., *Appellants*.

Appeals from judgments of the Superior Court for Grant
County, Nos. 97-1-00070-2, 97-1-00069-9, Evan E. Sperline,
J., entered February 3, 1998. *Affirmed* by unpublished
opinion per Sweeney, J., concurred in by Schultheis, C.J.,
and Kurtz, J.

[No. 17296-1-III.    Division Three.    July 29, 1999.]

THE WASHINGTON WATER POWER CO., *Respondent*, v.
R. STEVEN WALSER, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Lincoln
County, No. 95-2-00115-8, Philip W. Borst, J., entered Janu-
ary 26, 1998. *Affirmed in part* and *reversed in part* by un-
published opinion per Schultheis, C.J., concurred in by
Sweeney and Kurtz, JJ.